## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| McDaniel,<br><br>    Plaintiff(s),<br>v.<br><br>David Shulkin, Secretary Department of Veteran Affairs,<br><br>    Defendant(s). | Date: May 9, 2018<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1: 17 CV 91 |

Status conference held w/ counsel for (D) present + (P) personally present representing herself.

Discovery now commenced w/ (P) acting pro se.

Discovery extended to 8/1/18.

Status set 7/2/18 @ 9:30am at which dispositive motion schedule to be set as well as potential trial date.

All parties notified of this ORDER

Length of Proceeding: 20 min

Donald C. Nugent 5/9/18
United States District Judge