# ASPEN | Performance Totals

For Dates: 12/01/2013 - 12/31/2013
Include only Verified Time
Hide Details
Run at: 5/29/2014 5:51:44 PM



| Date | Daily Rate | Items/Records | Total Weight | Hourly Rate | Regular Hours | Excluded Time | Credit Hours Worked | Hours Available | Quality Reviews | Issues Reviewed | Issue Errors | Quality Accuracy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 0 | 1/1 | 0 | 0 | 170 | 170 | 0 | 0 | 2 | 4 | 0 | 100 % |
| Goals | 8 | | | | | | | | | | | 96 % |

end of report results.



PLAINTIFF'S EXHIBIT
CASE NO. 1:17-CV-00091
EXHIBIT NO. 24

https://aspen.vba.va.gov/employee/reports/PerformanceResultsIPTS.asp      05/29/2014



**ASPEN Quality Review**
**Status:** Completed
**Errors:** No
**Total Quality for Case:** 100 %
Reviewed: 12/23/2013 By Jessica Cornish
Peer Review: NO
**Employee:** MCDANIEL, NATALIE   Date: 12/18/2013
**Action:** 2225 - EP 110 with 1-2 issues rated
Number of Items: 1 Times Weight of: 0.5 = **0.5 (Total Credit)**
**Claim Number:** ▆▆▆▆▆18
**End Product:** 110

Print
Close

### Indicate Issues

| | |
|---|---|
| A1. Were all claimed issues addressed? | YES |
| A.1.A Number of Issues Addressed: | 1 |
| A.1.B Number of Issues Not Addressed: | 0 |
| A2. Were all inferred and/or ancillary issues addressed? | N/A |
| A.2.A Number of Issues Addressed: | N/A |
| A.2.B Number of Issues Not Addressed: | N/A |
| A.3. Total Number of Issues: | 1 |

### Benefit Entitlement/Deferred

| | Issue 1 |
|---|---|
| A4. Enter Diagnostic Code (DC) or Non Diagnostic Code (NDC) Abbreviations: | 6100 |
| A5. Condition (based on DC/NDC): | Hearing loss |
| A5.A Condition if Other DC/NDC (specify): | |
| A5.B Description of condition: | bilateral |
| A6. Status of Issue: | Rated |
| A7. Were all issues correct with no errors? | YES |
| A8. Was the selected issue being reviewed correct? | YES |
| B1. Was VCAA pre-decision "notice" provided and adequate? | YES |
| B2. Does the record show development to obtain all relevant evidence needed to decide the claim? (If no, specify deficiency) | YES |
| B2.A Specify Deficiency(s): | |
| C1. Was the grant or denial of issue correct? | YES |
| C2. Was percentage evaluation and all coding correct? | YES |
| D1. Are all effective dates correct? | YES |

### Decision Documentation/Other

| | Issue 1 |
|---|---|
| H1. If a VA examination was requested, was that examination necessary and if an opinion was requested was the opinion an appropriate medical (not legal) question? | YES |
| H2. Examination Requests - Were correct worksheets requested? | YES |
| H3. Examination Requests - Were issues (disabilities claimed) clearly identified? | YES |
| H4. Examination/Medical Opinion Requests - Did the RVSR indicate that the folder should be provided to the examiner for review when required? | YES |
| H5. Medical Opinion Requests - If a medical opinion was requested, were pertinent issues clearly identified and appropriate question(s) clearly asked? | YES |
| I1. When evidence was sufficient to grant partial benefits, were those benefits granted promptly, while developing other issues? | YES |
| E1. Was all pertinent evidence discussed? | YES |
| E2. Was the basis of each decision identified and each denial explained? | YES |
| E3. Was the communication written in a non-adversarial, respectful manner? | YES |
| G2. Were third signatures appropriately documented when required? | N/A |
| F4. Was POA properly indicated? | N/A |

| | |
|---|---|
| S1. Were all systems appropriately updated to reflect current status of claim? | N/A |
| J1. Errors not associated with end product subject to review? | N/A |
| J2. Disability Determination | N/A |
| Quality for issue: | 100% |
| Total Quality for case: | 100% |

**Comments (issue based combined):**

**Comments (claim based):**

TOP

| ASPEN Quality Review<br>**Status:** Completed<br>**Errors:** No<br>**Total Quality for Case:** 100 %<br>Reviewed: 1/7/2014 By Jessica Cornish<br>Peer Review: NO<br>**Employee:** MCDANIEL, NATALIE   Date: 12/18/2013<br>**Action:** 2251 - EP 020 with 3-4 issues rated<br>Number of Items: 1 Times Weight of: 1 = **1 (Total Credit)**<br>**Claim Number:** ██████/13<br>**End Product:** 020 | Print<br><br>Close |
|---|---|

### Indicate Issues

| | |
|---|---|
| A1. Were all claimed issues addressed? | YES |
| A.1.A Number of Issues Addressed: | 3 |
| A.1.B Number of Issues Not Addressed: | 0 |
| A2. Were all inferred and/or ancillary issues addressed? | N/A |
| A.2.A Number of Issues Addressed: | N/A |
| A.2.B Number of Issues Not Addressed: | N/A |
| A.3. Total Number of Issues: | 3 |

### Benefit Entitlement/Deferred

| | Issue 1 | Issue 2 | Issue 3 |
|---|---|---|---|
| A4. Enter Diagnostic Code (DC) or Non Diagnostic Code (NDC) Abbreviations: | 5283 | 7805 | 7805 |
| A5. Condition (based on DC/NDC): | Tarsal or metatarsal, malunion or nonunion | Scar(s): other | Scar(s): other |
| A5.A Condition if Other DC/NDC (specify): | | | |
| A5.B Description of condition: | right | right | N/A |
| A6. Status of Issue: | Rated | Rated | Rated |
| A7. Were all issues correct with no errors? | YES | | |
| A8. Was the selected issue being reviewed correct? | YES | YES | YES |
| B1. Was VCAA pre-decision "notice" provided and adequate? | YES | YES | YES |
| B2. Does the record show development to obtain all relevant evidence needed to decide the claim? (If no, specify deficiency) | YES | YES | YES |
| B2.A Specify Deficiency(s): | | | |
| C1. Was the grant or denial of issue correct? | YES | YES | YES |
| C2. Was percentage evaluation and all coding correct? | YES | YES | YES |
| D1. Are all effective dates correct? | YES | YES | YES |

### Decision Documentation/Other

| | Issue 1 | Issue 2 | Issue 3 |
|---|---|---|---|
| H1. If a VA examination was requested, was that examination necessary and if an opinion was requested was the opinion an appropriate medical (not legal) question? | YES | YES | YES |
| H2. Examination Requests - Were correct worksheets requested? | YES | YES | YES |
| H3. Examination Requests - Were issues (disabilities claimed) clearly identified? | YES | YES | YES |
| H4. Examination/Medical Opinion Requests - Did the RVSR indicate that the folder should be provided to the examiner for review when required? | YES | YES | YES |
| H5. Medical Opinion Requests - If a medical opinion was requested, were pertinent issues clearly identified and appropriate question(s) clearly asked? | YES | YES | YES |
| I1. When evidence was sufficient to grant partial benefits, were those benefits granted promptly, while developing other issues? | YES | YES | YES |
| E1. Was all pertinent evidence discussed? | YES | YES | YES |
| E2. Was the basis of each decision identified and each denial explained? | YES | YES | YES |
| E3. Was the communication written in a non-adversarial, respectful manner? | YES | YES | YES |

| | | | |
|---|---|---|---|
| G2. Were third signatures appropriately documented when required? | N/A | | |
| F4. Was POA properly indicated? | N/A | | |
| S1. Were all systems appropriately updated to reflect current status of claim? | N/A | | |
| J1. Errors not associated with end product subject to review? | N/A | | |
| J2. Disability Determination | N/A | | |
| Quality for issue: | 100% | 100% | 100% |
| Total Quality for case: | 100% | | |

Comments (issue based combined):

Comments (claim based):

TOP



ASPEN Home > Employee Production > View Production Record

## Production Information | Deferred Information

**Production Action**
Employee: MCDANIEL, NATALIE    Date: 12/18/2013
Action: 2251 - EP 020 with 3-4 issues rated
Number of Production Items: 1   X  Action Weight: 1   = Total Credit: 1

**Claim**
☐ Multiple Claims   OR   Claim Number: ▊▊▊▊13   End Product: 020
☐ Worked on Overtime
Number of Issues: 3

**Validation**
Record Marked not Valid
Remarks: Cant combine excluded time coordination and production credit during same day. Reenter claim number with zero credit, please.

First Input: 12/18/2013 By NATALIE MCDANIEL
Last Updated: 1/15/2014 By Charles Moore

Return



ASPEN Home > Employee Production > View Production Record

**Production Information** | Deferred Information |

**Production Action**
Employee: MCDANIEL, NATALIE   Date: 12/18/2013

Action: 2225 - EP 110 with 1-2 issues rated

Number of Production Items: 1   X  Action Weight: 0.5   = Total Credit: 0.5

**Claim**
☐ Multiple Claims  OR  Claim Number: ▇▇▇18   End Product: 110
☐ Worked on Overtime

Number of Issues: 1

**Validation**
Record Marked not Valid
Remarks: Cant combine excluded time coordination and production credit during same day. Reenter claim number with zero credit, please.

First Input: 12/18/2013 By NATALIE MCDANIEL
Last Updated: 1/15/2014 By Charles Moore

Return



- Properties

## Editable Properties

- Subject
- Receipt Date:
  Receipt Date: 12/18/2013
- Document Category - Type:
  Rating Decisions : Rating Decision - Codesheet
  View All
- EP:

- Actionable:
  ○ Yes ● No
- Certified:
  ○ Yes ● No

  Cancel   Save

## Document Properties

- File Number: ␣␣␣␣␣13
- Veteran Name: ␣␣␣␣␣␣␣
- Shipping Number:
- New Mail: false
- Document ID: {5AA6CA4F-1270-4AA1-B6D3-C9B7698CAE25}
- Date of Upload: Wed Dec 18 18:41:09 EST 2013
- Source:

- Properties

## Editable Properties

- Subject
- Receipt Date:
  Receipt Date: 12/18/2013
- Document Category - Type:
  Rating Decisions : Rating Decision - Codesheet
  View All
- EP:
- Actionable:
  Yes ● No
- Certified:
  Yes ● No

Cancel  Save

## Document Properties

- File Number: [redacted]
- Veteran Name: [redacted] LENNARD [redacted]
- Shipping Number:
- New Mail: false
- Document ID: {69CD193E-A574-4D26-BA3B-11CC6FABAEF2}
- Date of Upload: Wed Dec 18 20:06:05 EST 2013
- Source:

# ASPEN | Time Reporting Record

ASPEN Home > Employee Time Reporting > Edit Time Reporting Record

Read Only

## Employee Time Information

**Excluded Time**

Date: 12/18/2013 (no dates past this pay period)
Type: Deduct - Special Projects
Total Hours (e.g. 1.25= 1 hr 15 min): 1.5
Description:
This additional time covers invaliadted credit for same day.
Charles Moore, VSCM 1-15-14

Verified by: Charles Moore on 1/15/2014

First Input: 1/15/2014 By Charles Moore
Last Updated: By

Return

# ASPEN | Production Record

**ASPEN Home > Employee Production > View Production Record**

### Production Information | Deferred Information

**Production Action**
Employee: MCDANIEL, NATALIE   Date: 12/18/2013

Action: 225 - EP 110 with 1-2 issues rated

Number of Production Items: 1   X Action Weight: 0.5   = Total Credit: 0.5

**Claim**
☐ Multiple Claims OR Claim Number: [redacted]   End Product: 110
☐ Worked on Overtime

TD18

Number of Issues: 1

**Validation**
Record Marked not Valid
Remarks: Cant combine excluded time coordination and production credit during same day. Reenter claim number with zero credit, please.

First Input: 12/18/2013 By NATALIE MCDANIEL
Last Updated: 1/15/2014 By Charles Moore

Return

https://aspen.vba.va.gov/shared/shViewProduction.asp?ID=100479151&EmpID=9494     03/17/2014

# ASPEN | Production Record

ASPEN Home > Employee Production > View Production Record

**Production Information** | Deferred Information

- Production Action
  - Employee: MCDANIEL, NATALIE     Date: 12/18/2013
  - Action: Error
  - Number of Production Items: [ ]   X   Action Weight: [ ]   =   Total Credit: Error

- Claim
  - ☐ Multiple Claims  OR  Claim Number: [ ]    End Product: [ ]
  - ☐ Worked on Overtime
  - Number of Issues: [ ]

- Validation
  - Record Marked not Valid
  - Remarks:

First Input: 12/18/2013 By NATALIE MCDANIEL
Last Updated: 1/15/2014 By Charles Moore

Return

https://aspen.vba.va.gov/shared/shViewProduction.asp?ID=100479081&EmpID=9494          03/17/2014