| | |
|---|---|
| **From:** | Moore, Charles, VBACLEV |
| **To:** | Minnich, Jessica, VBACLEV |
| **Cc:** | Weber, Todd, VBACLEV |
| **Subject:** | FW: McDaniel Fact-Finding Report.docx |
| **Date:** | Wednesday, April 09, 2014 4:51:29 PM |
| **Attachments:** | McDaniel Fact-Finding Report.docx |

*Very impressive, Jessie.*

*I am overly pleased with your effort on this project.  You certainly exceeded my expectations—thank you!*

*Charles*

**From:** Minnich, Jessica, VBACLEV
**Sent:** Wednesday, April 09, 2014 4:44 PM
**To:** Moore, Charles, VBACLEV
**Cc:** Mentzer, Mark, VBACLEV; DiMarco, Frank, VBACLEV
**Subject:** McDaniel Fact-Finding Report.docx

Here is the report we discussed.  I'll bring down the exhibits tomorrow.

Frank's daily productivity rate differs from mine a bit because my count of excluded time was 181.75 instead of 174.25 (unsure why the discrepancy).

Once the report it finalized, I recommend preparing a cover letter to McDaniel and the Union soliciting her feedback.  I can draft that if you'd like.  Based on our discussions, seems that should be sent under Mark's signature.

Jessie

*Jessica R. Minnich*
*HR Specialist (Labor & Employee Relations)*
*VBA Cleveland Regional Office*
*1240 East 9th Street, Cleveland, OH 44199*
*(216) 522-3530  ext. 3711*



PLAINTIFF'S EXHIBIT
CASE NO. 1:17-CV-00091
EXHIBIT NO. 84