| | |
|---|---|
| **From:** | Moore, Charles, VBACLEV |
| **To:** | Mentzer, Mark, VBACLEV |
| **Cc:** | Ehrler, Darlene, VBACLEV; Ebert, Ted, VBACLEV; Minnich, Jessica, VBACLEV |
| **Subject:** | RE: McDaniel |
| **Date:** | Monday, May 19, 2014 4:54:37 PM |

*Yep*

**From:** Mentzer, Mark, VBACLEV
**Sent:** Friday, May 16, 2014 1:03 PM
**To:** Moore, Charles, VBACLEV
**Cc:** Ehrler, Darlene, VBACLEV; Ebert, Ted, VBACLEV; Minnich, Jessica, VBACLEV
**Subject:** McDaniel

Charles,

Jessie made a good point concerning Natalie McDaniel.  If she is not producing, why is she working 4-10's?

I recommend that we terminate her alternate work schedule and have her work 5 eight hour days until she brings up her production.  Ok by you?

Mark

