| | |
|---|---|
| **From:** | Minnich, Jessica, VBACLEV |
| **To:** | Moore, Charles, VBACLEV; Ehrler, Darlene, VBACLEV |
| **Cc:** | Mentzer, Mark, VBACLEV; Ebert, Ted, VBACLEV |
| **Subject:** | RE: Letter of Concern WAH Issue 5-2015.doc |
| **Date:** | Thursday, May 21, 2015 8:51:33 AM |

Sorry for the delay.  I didn't have my PIV card yesterday.

Agree with the below, only two comments:

EAP language could be included, if desired, but certainly not required:

If you have any problems of a personal or medical nature which you believe are impinging on your ability to perform successfully, I urge you to bring this information to my attention, as well, so that appropriate assistance may be considered.  If you believe personal problems are affecting your work, please consider contacting the Employee Assistance Program (EAP) at at (216) 522-3530 ext. 4156. The program is voluntary and strictly confidential.

Also, since I've witnessed Swartz go on rants related to comparing one employee's performance to others instead of the standard, to avoid that issue all together, recommend that this section be removed from the memo, but stated verbally:

> "When comparing your production performance to all other journey-level RVSRs, you performance ranks last (other employee should say "nearly last") in the entire Veterans Service Center. Likewise, your quality performance is less than required for "Fully Successful".

WIGI due dates are noted below in red.  No one is close.

Jessie

---

**From:** Moore, Charles, VBACLEV
**Sent:** Wednesday, May 20, 2015 5:40 PM
**To:** Ehrler, Darlene, VBACLEV; Minnich, Jessica, VBACLEV
**Cc:** Mentzer, Mark, VBACLEV; Ebert, Ted, VBACLEV
**Subject:** RE: Letter of Concern WAH Issue 5-2015.doc

*Darlene,*

*Nice job—thanks!*

*First, I've modified a few areas to comply with the Master Agreement (MA); namely, after 30 days an employee can request reinstatement—so I removed the reference to 60 days. But, we know that sustained improvement can't be observed in 30 days, so, those 30 day requests should be summarily denied, absent unique circumstances.*

*Second, the language from the MA, Article 20, Section 11, Removal from Program a* [text cut off] *that an employee can apply after 30 days, "provided that his/her is at least fully successful".   A reasonable interpretation from that passage is that the cumulative*

PLAINTIFF'S EXHIBIT
CASE NO. 1:17-CV-00091
EXHIBIT NO. 96

*performance must be "at least fully successful"—simply not a month or two.  As such, it should be very difficult to have the privilege reinstated.*

*Third, this document should be issued by the coach—not the AVSCM.  At some point, I suspect a higher level reviewer/supervisor will have to "explain our actions"; so, let's issue at the lowest level possible.*

*Last, Jessie, should we include an EAP paragraph in the template?  Do you recommend any other alterations or disagree with anything previously stated?*

*Charles*

**From:** Moore, Charles, VBACLEV
**Sent:** Wednesday, May 20, 2015 4:39 PM
**To:** Ebert, Ted, VBACLEV; Mentzer, Mark, VBACLEV; Ehrler, Darlene, VBACLEV
**Subject:** Telework Warning Letter

*Good Afternoon,*

*I decided to review RVSR performance again, based on cumulative data, from Dec-April.*

*In doing so, the data revealed the following related to lowest production from Dec-April:*

- ▇▇▇▇▇▇▇▇▇▇ *2.07  (88 items); Accuracy=88%   9/18/16*
- ▇▇▇▇▇▇▇▇▇▇ *1.83 (88 items); Accuracy=87.5%  9/18/16*
- ▇▇▇▇▇▇▇▇▇▇ *2.06 (86 items); Accuracy=95%  3/20/16*
- ▇▇▇▇▇▇▇▇▇▇ *2.06 (82 items); Accuracy=100%  11/13/16*
- ▇▇▇▇▇▇▇▇▇▇ *2.05 (205 items); Accuracy=100%   3/5/17*

*First, as I recall ▇▇▇▇▇▇▇▇ is excluded from this particular discussion, as she does not telework.  Please confirm the accuracy of that statement.*

*Second, I find the Telework 30 day warning letter should be issued to ▇▇▇▇ and ▇▇▇▇, as both are unsuccessful in both production and accuracy; accordingly, the warning letter should address both issues.*

*Third, based solely on the accuracy performance of the other three, we'll hold-off on their warning letters for now, but, they should be put on notice by their coach that their production must be improved to continue avoiding the "telework warning letter".*

*Last, I'm working on a few amendments to the draft template (30 day telework warning) I received from Darlene; accordingly, I'll finalize it today.*

*Charles*

---

**From:** Ehrler, Darlene, VBACLEV
**Sent:** Wednesday, May 20, 2015 12:16 PM
**To:** Moore, Charles, VBACLEV
**Cc:** Mentzer, Mark, VBACLEV; Minnich, Jessica, VBACLEV; Pirc, Renna, VBACLEV
**Subject:** Letter of Concern WAH Issue 5-2015.doc

Charles…I tweaked it to be more "WAH" oriented…and I added the data that I have as of now.  I guess Renna is her supervisor…I thought Frank was.  We need to know the dates that Renna may have spoken to ▌ on her WAH status…that remains blank…and I think we will need to add May MTD performance data next week, making sure that Aspen excluded time has been approved.  I will leave that up to Mark and Renna to add later.  Lastly, if the letter is ok, Renna will need to set up a meeting to call ▌ in or email this to her, with the union present/aware.  I put my name on the bottom of this, as that was the template I had previous.  I guess we'd need to put Mark's on this…thx